## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

MARINER HEALTH CARE, INC.;
MARINER HEALTH CENTRAL, INC.;
NATIONAL HERITAGE REALTY, INC.;
MARINER HEALTHCARE MANAGEMENT
COMPANY; MHC MIDAMERICA HOLDING
COMPANY; AND MHC HOLDING COMPANY                    PLAINTIFFS

VS.                              CIVIL ACTION NUMBER: 4:04-CV-244PB

MURRY W. WEEKS; DOROTHY LEE
WEEKS, INDIVIDUALLY AND ON
BEHALF OF THE ESTATE AND WRONGFUL
DEATH BENEFICIARIES OF DAN QUITMAN
WEEKS, DECEASED; AND JOHN DOES 1-10                 DEFENDANTS

## ORDER

This matter comes before the court upon Plaintiffs' Motion for Sealed Access [39-1]. Upon due consideration of the motion, the court finds that same should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiffs' Motion for Sealed Access [39-1] is **GRANTED**; accordingly,

(2) Access to Exhibits "B," "C," "D," "E," "F," "G," and "I" attached to the plaintiffs' rebuttal memorandum brief [38-1] in response to the defendant's response to the plaintiffs' motion to compel arbitration is hereby **SEALED**.

**SO ORDERED** this the 30th day of November, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE